

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00266-CV

---

Diana Ramirez, Appellant

v.

R2V Investments, LLC, Appellee

---

On Appeal from the County Court at Law No. 6
El Paso County, Texas
Trial Court No. 2026-CCV00501

---

## MEMORANDUM OPINION

Appellant, Diana Ramirez, filed a notice of appeal from the trial court's judgment on July 6, 2026, but she has neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented for filing. *See* Tex. R. App. P. 5. On July 8, 2026, the Clerk of this Court notified Ramirez that this appeal could be dismissed if she failed to pay the filing fees by July 18, 2026. The Clerk further notified Ramirez that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal.

Because Ramirez neither paid the filing fees nor otherwise responded to the Clerk's notice, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

July 22, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.